Certificate Number: 15317-PAE-DE-039857824

Bankruptcy Case Number: 19-11022



15317-PAE-DE-039857824

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2025, at 7:41 o'clock AM PDT, Kenneth Jones completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 11, 2025

By:    /s/Rolyn Martinada

Name:  Rolyn Martinada

Title: Credit Counselor