United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11022-djb |
| Kenneth Barry Jones, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 04, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth Barry Jones, Sr., 405 E. Vernon Road, Philadelphia, PA 19119-1951 |
| 14275740 | | Attorney General of the United States, Ben Franklin Station, Ben Franklin Station, Washington, DC 20044 |
| 14803277 | + | Freedom Mortgage Corporation, C/O Ryan Starks, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14831472 | + | Freedom Mortgage Corporation, C/O Mark A. Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 05 2025 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14275738 | + | Email/Text: bncnotifications@pheaa.org | Dec 05 2025 00:18:00 | Aes/pheaafrn, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14284838 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2025 00:35:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14275739 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2025 00:36:06 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14361047 | | Email/Text: megan.harper@phila.gov | Dec 05 2025 00:19:00 | Water Revenue Bureau, Pamela Eichert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14283410 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2025 00:35:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14275741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2025 00:35:54 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14275742 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 05 2025 00:19:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14275743 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 05 2025 00:18:00 | Comenitybk/totalvs, Po Box 182789, Columbus, OH 43218-2789 |
| 14275744 | ^ | MEBN | Dec 05 2025 00:14:22 | Debt Rec Sol, 6800 Jericho Turnpike, Syosset, NY 11791-4436 |
| 14275745 | | Email/Text: operationsclerk@easypayfinance.com | Dec 05 2025 00:18:00 | Easypay/dvra, 2701 Loker Av West, Carlsbad, CA |

Case 19-11022-djb   Doc 107   Filed 12/06/25   Entered 12/07/25 00:37:58   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 92008 |
| 14438817 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 05 2025 00:18:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14275746 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 05 2025 00:18:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14275748 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 05 2025 00:36:05 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14705491 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 05 2025 00:18:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14275750 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2025 00:18:00 | IRS, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 14286113 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2025 00:23:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14275752 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2025 00:24:54 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14300541 | + | Email/Text: bncnotifications@pheaa.org | Dec 05 2025 00:18:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14311237 | | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2025 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14316529 | | Email/Text: bankruptcy@roundpointmortgage.com | Dec 05 2025 00:18:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill SC 29715 |
| 14275753 | ^ | MEBN | Dec 05 2025 00:14:45 | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 14275754 | + | Email/Text: bankruptcy@sw-credit.com | Dec 05 2025 00:18:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14316415 | + | Email/Text: bncmail@w-legal.com | Dec 05 2025 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14275755 | + | Email/Text: bncmail@w-legal.com | Dec 05 2025 00:18:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14275756 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2025 00:19:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 14294773 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 05 2025 00:18:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14283059 | | RoundPoint Mortgage Servicing Corp, Christopher M. McMonagle, Esquire Stern, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, P |
| 14803278 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14275751 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14275749 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14275747 | ##+ | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: 138OBJ | Total Noticed: 32 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2025              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Kenneth Barry Jones  Sr. bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 106 − 104

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Kenneth Barry Jones Sr. ) Case No. 19−11022−djb
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania<br>
900 Market Street<br>
Suite 400<br>
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 4, 2025          For The Court

                                                                                                Mohung Wong
                                                                                                 Clerk of Court